**Dismissed and Memorandum Opinion filed July 20, 2017.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00285-CV

## CANDIDA BATEMAN, Appellant

### V.

## PRESERVATION INVESTMENTS LLC, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1090982**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 4, 2017. The clerk's record was filed April 21, 2017. The reporter's record was filed April 28, 2017. No brief was filed.

On June 15, 2017, this court issued an order stating that unless appellant submitted a brief on or before June 30, 2017, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Jewell.